USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY M. DUBAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

SCANDINAVIAN AIRLINES SYSTEM, INC. and SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC.,

    Defendants.

No. 21-CV-4524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the parties' joint letter submitted on June 24, 2021. *See* Dkt. 13. In light of Defendants' anticipated motions to dismiss the complaint and to hold discovery in abeyance pending the Court's adjudication of the motion to dismiss, and in light of the fact that Plaintiff "does not oppose staying discovery pending resolution of the motion to dismiss," the Court will hold discovery in abeyance pending adjudication of Defendants' motion. The Court accordingly sees no reason to hold the initial pretrial conference at this time or to enter the parties' proposed case management plan.

    The initial pretrial conference scheduled for July 2, 2021 is hereby adjourned *sine die*, and will be rescheduled promptly upon the Court's resolution of the forthcoming motion to dismiss. The parties shall submit a proposed briefing schedule on the motion to dismiss no later than July 9, 2021. If either party would like to see the Court at any time prior to its decision on the motion, it is welcome to make such a request.

SO ORDERED.

Dated:   June 25, 2021
          New York, New York

                                                Ronnie Abrams
                                                United States District Judge