```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY M. DUBAN, *individually and on behalf of all others similarly situated*,

                               Plaintiff,

                               v.

SCANDINAVIAN AIRLINES SYSTEM, INC. and SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC.

                               Defendants.

21-CV-4524 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       It has been reported to the Court that both Defendants have filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. Accordingly, the Clerk of Court is respectfully directed to designate this case as stayed pending further order of this Court. *See* 11 U.S.C. § 362

SO ORDERED.

Dated:    July 22, 2022
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge