UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEFFREY M. DUBAN, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br> -against- <br><br> SCANDINAVIAN AIRLINES SYSTEM, INC. and SCANDINAVIAN AIRLINES OF NORTH AMERICA, INC., <br><br>       Defendants. | 21-CV-4524 (JGLC) <br><br> **NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including Dkt. 31, which stayed this case pending further order of the Court. The parties shall promptly (within seven days) inform the Court upon the completion of bankruptcy proceedings. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 28, 2023
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    _____
                    JESSICA G. L. CLARKE
                    United States District Judge